United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 21, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 04-10904
Summary Calendar

———————————————

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

    v.

WALTER ALBERTO MEJIA-RUIZ

                    Defendant - Appellant

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:04-CR-34-ALL-A
--------------------

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

    Walter Alberto Mejia-Ruiz (Mejia) appeals his sentence
following his guilty plea conviction for illegal reentry.  He
argues that the district court reversibly erred under United
States v. Booker, 543 U.S. 220 (2005), by sentencing him pursuant
to a mandatory application of the Sentencing Guidelines.  The
Government concedes that Mejia has preserved this issue for
appeal.  The Government, however, has not shown beyond a
reasonable doubt that the error was harmless.  See United States

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

v. Walters, 418 F.3d 461, 463-64 (5th Cir. 2005).  Accordingly, Mejia's sentence is vacated, and this case is remanded for resentencing.

CONVICTION AFFIRMED; SENTENCE VACATED; REMANDED FOR RESENTENCING.